AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| E.M. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:24-cv-00956-RC |
| Shady Grove Reproductive Science Center P.C. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shady Grove Reproductive Science Center P.C.                                                    .

Date:     07/02/2024                                            /s/ Deanna L. Peters
                                                                    *Attorney's signature*

                                                    Deanna L. Peters (Bar ID 486717)
                                                    *Printed name and bar number*

                                                    1101 Wootton Parkway
                                                    Suite 700
                                                    Rockville, MD 20852
                                                    *Address*

                                                    dpeters@steinsperling.com
                                                    *E-mail address*

                                                    (301) 340-2020
                                                    *Telephone number*

                                                    (301) 354-8131
                                                    *FAX number*