UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| E.M., | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | Civil Action No. 1:24-cv-00956 (RC) |
| | : | The Honorable Rudolph Contreras |
| SHADY GROVE REPRODUCTIVE | : | |
| SCIENCE CENTER P.C., | : | |
| | : | |
|     Defendant. | : | |

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Shady Grove Reproductive Science Center, P.C. ("SGF"), by and through counsel, Jeffrey M. Schwaber, Deanna L. Peters, and Stein Sperling Bennett De Jong Driscoll PC, hereby files this Motion to Dismiss Plaintiff's First Amended Complaint ("Motion to Dismiss") and respectfully moves for an order dismissing with prejudice and without leave to amend the First Amended Complaint in its entirety. In support of its Motion to Dismiss, SGF refers to the arguments set forth in the Statement of Points and Authorities in Support of the Motion to Dismiss Plaintiff's First Amended Complaint filed simultaneously herewith, which is incorporated herein by reference.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:      /s/ *Jeffrey M. Schwaber*
Jeffrey M. Schwaber (Bar ID 419681)
jschwaber@steinsperling.com
(301) 354-8110 (facsimile)
Deanna L. Peters (Bar ID 486717)
dpeters@steinsperling.com
(301) 354-8131 (facsimile)
1101 Wootton Parkway, Suite 700
(301) 340-2020

*Attorneys for Defendant, Shady Grove Reproductive Science Center P.C.*

## REQUEST FOR HEARING

Pursuant to LCvR 7, Defendant Shady Grove Reproductive Science Center, P.C. hereby requests a hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

     /s/ *Jeffrey M. Schwaber*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2024, a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via ECF.

     /s/ *Jeffrey M. Schwaber*

21048233_1