UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| E.M., | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:24-cv-00956 (RC) |
| | : | The Honorable Rudolph Contreras |
| SHADY GROVE REPRODUCTIVE | : | |
| SCIENCE CENTER P.C., | : | |
| | : | |
|     Defendant. | : | |

## PROPOSED ORDER

UPON CONSIDERATION OF Plaintiff E.M.'s Motion to Consolidate Cases ("Motion to Consolidate"), and the Opposition thereto, any hearing thereon, and the record herein, it is this _____ day of _____ 2024, hereby

ORDERED, that the Motion to Consolidate be and hereby is, DENIED.

_____
The Honorable Rudolph Contreras,
United States District Judge

Cc: All Counsel of Record

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
1101 WOOTTON PARKWAY SUITE 700
ROCKVILLE, MARYLAND 20852

TELEPHONE 301-340-2020

21313332_1