# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| E.M., | : | |
| | : | |
|    Plaintiff, | : | Civil Action No.:   24-956 (RC) |
| | : | |
| v. | : | Re Document Nos.:   19, 24 |
| | : | |
| SHADY GROVE REPRODUCTIVE | : | |
| SCIENCE CENTER, P.C., | : | |
| | : | |
|    Defendant. | : | |

## ORDER

**GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS; DENYING PLAINTIFF'S MOTION TO CONSOLIDATE CASES**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendant's Motion to Dismiss (ECF No. 19) is **GRANTED IN PART AND DENIED IN PART** and Plaintiff's Motion to Consolidate Cases (ECF No. 24) is **DENIED**.

    **SO ORDERED**.


Dated:  March 28, 2025                                                                 RUDOLPH CONTRERAS
                                                                                                        United States District Judge