UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| E.M., | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 24-956 (RC) |
| | : | | |
| v. | : | Re Document No.: | 41 |
| | : | | |
| SHADY GROVE REPRODUCTIVE | : | | |
| SCIENCE CENTER P.C., | : | | |
| | : | | |
| Defendant. | : | | |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Status Report (ECF No. 41), it is hereby

**ORDERED** that the following schedule shall govern proceedings in this case:

1. any other parties to this action must be joined by **April 20, 2026**;

2. any party proposing amendments to the pleadings must seek leave to do so by **April 20, 2026**;

3. the parties must exchange the disclosures required by Fed. R. Civ. P. 26(a)(1) by **March 9, 2026**;

4. discovery of facts relevant to all claims, counterclaims, and defenses will commence on **February 18, 2026** and must conclude by **December 7, 2026**;

5. plaintiff's experts' identity and subject matter of testimony shall be disclosed by **September 8, 2026**, and defendant's experts' identity and subject matter of testimony shall be disclosed by **October 23, 2026**;

6. plaintiff's expert reports shall be served by **January 6, 2027**, and defendant's expert reports shall be served by **March 8, 2027;**

7. discovery related to experts must conclude by **April 22, 2027**; and

8. the parties shall appear for a status conference before the Court on **Monday, April 26, 2027 at 10:00 AM** by Zoom.

It is **FURTHER ORDERED** that, before bringing a discovery dispute to the Court's attention, the parties must meet and confer in good faith in an attempt to resolve the dispute informally. If the parties are unable to resolve the dispute, they must contact chambers to arrange for a telephonic conference with the Court. The parties must obtain leave of the Court before filing any motion relating to a discovery dispute. Any discovery motions that are filed prior to obtaining such leave may be summarily denied for failure to comply with this order.

**SO ORDERED**.

Dated: February 18, 2026                                           RUDOLPH CONTRERAS
                                                                              United States District Judge